IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:16cr8 |
| | § | Chief Judge Gilstrap |
| RODNEY DEWAYNE MUCKLEROY | § | |
| a/k/a: "Rodney Dewayne Muckelroy" | | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the information with a violation of 18 U.S.C. § 4, Misprison of a Felony.

The essential elements which must be proven to establish the violation are:

1. A federal felony was committed;

2. The defendant had knowledge of the commission of that felony;

3. The defendant failed to notify an authority as soon as possible.

4. The defendant did an affirmative act, as charged to conceal the crime.

    Respectfully submitted,

    JOSEPH D. BROWN
    UNITED STATES ATTORNEY

    */s/ Paul A. Hable*
    PAUL A. HABLE
    Assistant United States Attorney
    Eastern District of Texas
    415 S. First Street, Ste. 201
    Lufkin, Texas 75901
    Texas Bar No. 24038934

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney Jeffrey Wood, on the 24th day of May, 2018.

                                        */s/ Paul A. Hable*
                                        PAUL A. HABLE