UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:16-cr-00008

**United States of America,**
*Plaintiff,*

v.

**Rodney Dewayne Muckleroy,**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

On this day, the court considered the findings of fact and recommendation of United States Magistrate Judge John D. Love regarding defendant's plea of true to allegation 2 of the government's petition to revoke defendant's supervised release, which alleges defendant violated the condition of his supervised release requiring he refrain from any unlawful use of a controlled substance.

Having conducted a proceeding, the magistrate judge recommends that the court accept the defendant's true plea. The parties waived their right to file objections to the findings of fact and recommendation. The court is of the opinion that the findings of fact and recommendation should be accepted.

Accordingly, the findings of fact and recommendation of the magistrate judge, Doc. 239, filed on July 11, 2019, are hereby **adopted**.

Furthermore, defendant's true plea to allegation 2 is **accepted** and **approved**.

Finally, defendant is **sentenced** to 10 months imprisonment, with no supervised release to follow. Pursuant to 18 U.S.C. § 3585(b), due to defendant's prior over-served time in official detention, a credit of 185 days shall be given toward

the service of his term. It is **recommended** that defendant serve his sentence at FCI Seagoville, if available.

*So ordered by the court on July 19, 2019.*

J. CAMPBELL BARKER
United States District Judge