UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:16-cr-00008

**United States of America,**
*Plaintiff,*
v.
**Rodney Wayne Muckleroy (6),**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

In this criminal case, defendant's supervised release was revoked, and he was sentenced to a term of imprisonment. On September 30, 2019 defendant moved the court to order reentry into a halfway house. Doc. 245. The motion was referred to a magistrate judge. Doc. 247. On October 8, 2019, United States Magistrate Judge John D. Love issued a report recommending that the motion be denied (Doc. 249), and defendant has not objected to the report. Therefore, the court **adopts** the magistrate judge's recommendation and **denies** defendant's motion.

*So ordered by the court on October 25, 2019.*

J. CAMPBELL BARKER
United States District Judge